" * * * the State has no interest in interposing any obstacle to the disclosure of the facts, unless it is interested in convicting accused parties on the testimony of untrustworthy persons. But surely the State has no such interest; its interest is that accused parties shall be acquitted unless upon all the facts they are seen to be guilty; and if there shall be in the possession of any of its officers information that can legitimately tend to overthrow the case made for the prosecution, or to show that it is unworthy of credence, the defense should be given the benefit of it.'' (See, also, *People* v. *Walsh, supra,* p. 150; *People* v. *Schainuck,* 286 N. Y. 161, 165–166.)

Mindful, as we are, that proof of excessive speed, without more, is not enough to warrant a finding of a defendant's guilt under section 1053-a of the Penal Law (*People* v. *Bearden,* 290 N. Y. 478, 483; *People* v. *Grogan,* 260 N. Y. 138, 144; *People* v. *Angelo,* 246 N. Y. 451, 457), we cannot say in the present case that the defendant's substantial rights were not adversely affected by the ruling which deprived him of the right by his counsel to examine the statement of December 3d and, if so advised to offer it in evidence for consideration by the jury with his later statement and affidavit of December 4th which the prosecution had made part of the People's case.

The judgment of conviction should be reversed and a new trial ordered.

WILLIAM A. CAMPBELL et al., Constituting the Bondholders' Protective Committee for the Holders of First Lien and Refunding Mortgage 5% Bonds, Issued by Hudson & Manhattan Railroad Company, et al., on Their Own Behalf and on Behalf of All Other Holders of Said Bonds, Respondents, *v.* HUDSON & MANHATTAN RAILROAD COMPANY, Appellant, et al., Defendants.

Argued May 22, 1951; decided July 11, 1951.

*James J. Crisona, Philip Kazon* and *Earl J. Wofsey for* appellant.

*Edward Ross Aranow* and *Herbert J. Brown* for respondents.

*Francis S. Bensel* and *Frank H. Heiss* for Central Hanover Bank & Trust Company, defendant.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

LEO Y. CHERTOK, Appellant, *v.* SINCLAIR OIL CORPORATION et al., Respondents, et al., Defendants.

Argued May 24, 1951; decided July 11, 1951.